**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-0098-CV**
_____

**FIDELITY AUTO GROUP, LLC, D/B/A
BAYTOWN NISSAN AND NISSAN NORTH AMERICA, INC., Appellants**

**V.**

**GRETCHEN HARGRODER, Appellee**

_____

**On Appeal from the 58th District Court
Jefferson County, Texas
Trial Cause No. A-203,460**
_____

**MEMORANDUM OPINION**

Nissan North America, Inc., Appellant, ("Nissan") filed a motion to dismiss its accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Nissan filed the motion before the appellate court issued a decision in the appeal.

Accordingly, we grant the motion to dismiss and dismiss the appeal of Nissan North America, Inc. *See id*. 43.2(f). As to the remaining Appellant, Fidelity Auto Group, LLC, d/b/a Baytown Nissan, the appeal shall continue under the same

1

appellate cause number and hereafter the accelerated appeal shall be styled *Fidelity Auto Group, LLC, d/b/a Baytown Nissan v. Gretchen Hargroder.*

APPEAL DISMISSED IN PART.

PER CURIAM

Submitted on September 20, 2023
Opinion Delivered September 21, 2023

Before Golemon, C.J., Johnson and Wright, JJ.

2